```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
PELEUS INSURANCE COMPANY,                                  :
                                                           :
                              Plaintiff,                   :
                                                           :         21-CV-7764 (VSB)
              -against-                                    :
                                                           :              ORDER
TITAN CONSTRUCTION SERVICES, LLC,                          :
et al.,                                                    :
                                                           :
                              Defendants.                  :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on September 16, 2021, (Doc. 1), and filed an affidavit of service on November 11, 2021, (Doc. 13). The deadline for Defendant Marcos Ismael Mena Najera to respond to Plaintiff's complaint was October 28, 2021. (*See* Doc. 13.) To date, Defendant Najera has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case against Defendant Najera. Accordingly, if Plaintiff intends to seek a default judgment they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 3, 2022. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    December 27, 2021
             New York, New York

                                                                              VERNON S. BRODERICK
                                                                             United States District Judge