# LONDON FISCHER LLP

59 MAIDEN LANE
NEW YORK, NEW YORK 10038

| IRVINE OFFICE | | LOS ANGELES OFFICE |
|---|---|---|
| 2505 McCABE WAY, SUITE 100 | (212) 972-1000 | 800 WILSHIRE BOULEVARD, SUITE 1550 |
| IRVINE, CALIFORNIA 92614 | FACSIMILE: (212) 972-1030 | LOS ANGELES, CALIFORNIA 90017 |

www.LondonFischer.com

July 12, 2022

**APPLICATION GRANTED**
**SO ORDERED** /s/
**VERNON S. BRODERICK**
**U.S.D.J.** 07/13/22

The parties are directed to submit a status update regarding their settlement progress on August 4, 2022. The post-discovery conference currently scheduled for July 21, 2022 is adjourned sine die.

**VIA ECF**

Honorable Vernon S. Broderick, U.S. District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

  Re*:* *Peleus Insurance Company v. Titan Construction Services, LLC*
    S.D.N.Y. Docket No. : 21-cv-7764 (VSB)

Dear Judge Broderick:

  The parties are pleased to advise that they are amicably and actively exploring settlement of this matter.

  Accordingly, with the Court's permission, the parties respectfully request that the post discovery conference scheduled for July 21, 2022 at 3p.m. be adjourned to August 11, 2022. The parties will submit a joint letter updating the Court of the status of the case and settlement discussions on August 4, 2022. There have been no previous requests for adjournments or extensions. Both Plaintiff and Defendant consent to the adjournment. The specific reason for the requested adjournment is for the parties to fully consider the specific settlement demands and offers which have recently been made. The parties are hopeful that this matter will settle prior to any dispositive motion practice.

  Again, the parties are working together amicably and thank the Court for its assistance.

            Respectfully submitted,

| LONDON FISCHER LLP | BRODY, O'CONNOR, O'CONNOR, ESQS. |
|---|---|
| By: /s/ William J. Edwins | By: /s/ Adam Frank |
| William J. Edwins, Esq. | Adam Frank, Esq. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Peleus Insurance Company | Titan Construction Services, LLC |
| 59 Maiden Lane, 39th Floor | 535 8th Ave., 19th Floor |
| New York, New York 10038 | New York, New York 10018 |
| (212) 331-9456 | (212) 233-2505 |
| LF File No.: 417.0567109 | |

{N2082421.1 }