```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
PELEUS INSURANCE COMPANY,                 :      21cv7764(DLC)
                                          :
                          Plaintiff,      :      ORDER
            -v-                           :
                                          :
TITAN CONSTRUCTION SERVICES, LLC, et      :
al.                                       :
                                          :
                          Defendants.     :
----------------------------------------- X
```
DENISE COTE, District Judge:

On September 16, 2021, the plaintiff filed a complaint in this Court asserting diversity jurisdiction pursuant to 28 U.S.C. § 1332. On August 17, 2022, this case was transferred to this Court's docket. Pursuant to this Court's Individual Rules, it is hereby

ORDERED that the defendant shall, by **September 9, 2022**, file on ECF a letter no longer than two pages explaining the basis for its belief that diversity of citizenship exists. Where any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. In cases where any party is a partnership, limited partnership, limited liability company, or trust, the letter shall state the

citizenship of each of the entity's members, shareholders, partners, and/or trustees.

    SO ORDERED:

Dated:    New York, New York
          August 23, 2022

                                    _____
                                        DENISE COTE
                              United States District Judge