```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
PELEUS INSURANCE COMPANY,                :    21cv7764 (DLC)
                                         :
                      Plaintiff,         :    ORDER
         -v-                             :
                                         :
TITAN CONSTRUCTION SERVICES, LLC, et     :
al.                                      :
                                         :
                      Defendants.        :
---------------------------------------- X
```

DENISE COTE, District Judge:

The defendant Marcos Ismael Mena Najera, having been served and having failed to appear, it is hereby

ORDERED that a default is entered as to the defendant Najera.

IT IS FURTHER ORDERED that the plaintiff shall serve the defendant Najera with a copy of this Order by September 1, 2022.

IT IS FURTHER ORDERED that, should the defendant Najera seek to vacate this Order of default, he must do so by September 16, 2022.

Dated:   New York, New York
         August 26, 2022

                                          _____
                                                  DENISE COTE
                                          United States District Judge