```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   21cv7764 (DLC)
PELEUS INSURANCE COMPANY,                :
                                         :         ORDER
                          Plaintiff,     :
              -v-                        :
                                         :
TITAN CONSTRUCTION SERVICES, LLC, et     :
al.                                      :
                                         :
                          Defendants.    :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 26, 2022, the Court issued an Order entering a default as to the defendant Najera and ordering Najera to file any motion to vacate the Order by September 1. No such motion to vacate was filed. Accordingly, it is hereby

ORDERED that a default is entered as to the defendant Najera.

Dated:   New York, New York
         September 22, 2022

                                _____
                                        DENISE COTE
                                United States District Judge