```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :    21cv7764(DLC)
PELEUS INSURANCE COMPANY,                :
                                         :         ORDER
                    Plaintiff,           :
          -v-                            :
                                         :
TITAN CONSTRUCTION SERVICES, LLC, et     :
al.                                      :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 23, 2022, the Court directed the defendant to file a letter explaining the basis for its belief that diversity of citizenship exists. The defendant submitted such a letter on September 8, 2022. The defendant's September 8 letter states that the plaintiff "is "a corporation created pursuant to the laws of the State of Virginia." The letter fails to state, however, the plaintiff's principal place of business, which is required to determine whether the parties are diverse. Accordingly, it is hereby

ORDERED that the defendant shall, by September 27, 2022, file on ECF a supplemental letter no longer than two pages clarifying the basis for its belief that diversity of citizenship exists. This letter must include a statement of the

plaintiff's principal place of business.

Dated:   New York, New York
         September 22, 2022

                                    _____
                                         DENISE COTE
                                    United States District Judge