```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
PELEUS INSURANCE COMPANY,                 :    21cv7764(DLC)
                                          :
                           Plaintiff,     :    ORDER
              -v-                         :
                                          :
TITAN CONSTRUCTION SERVICES, LLC, et      :
al.,                                      :
                                          :
                           Defendants.    :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

The Court having issued an Order of Discontinuance on September 26, 2022, it is hereby

ORDERED that the conference scheduled for November 10, 2022 is cancelled.

Dated:   New York, New York
         November 9, 2022

                                    _____
                                              DENISE COTE
                                    United States District Judge